# Court of Appeals
# of the State of Georgia

ATLANTA, September 04, 2013

*The Court of Appeals hereby passes the following order:*

**A13A2325. WILLIAM JENKINS v. CHRISTY B. JENKINS.**

Christy Jenkins filed an action seeking contempt against her ex-husband, William Jenkins, for underpayment of his child support obligation set forth in the parties's divorce decree. The superior court ruled that William Jenkins had actually overpaid, but was not entitled to a refund. William Jenkins appealed that ruling to this Court. We, however, lack jurisdiction.

Under the Georgia Constitution of 1983, Art. VI, Sec. VI, Par. III (6), the Supreme Court has appellate jurisdiction over "[a]ll divorce and alimony cases." "[A]n appeal from the judgment in a contempt action seeking to enforce any portion of [a] divorce decree other than child custody is ancillary to divorce and alimony and falls within [the Supreme] Court's jurisdiction over 'divorce and alimony cases.' [Cits.]" *Rogers v. McGahee*, 278 Ga. 287, 288 (1) (602 SE2d 582) (2004); see also *Morris v. Morris*, 284 Ga. 748, 750 (2) (670 SE2d 84) (2008). Because the Supreme Court has jurisdiction over William Jenkins's appeal of the superior court's contempt ruling, we hereby TRANSFER this case to the Supreme Court of Georgia.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 09/04/2013
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen*
_____ *, Clerk.*